UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CASE NO. |
| | ) |
| v. | ) FILED UNDER SEAL |
| | ) |
| CYNTHIA DESSAURE-OUTLAW, | ) |
| ALBERT BYNOE, | ) CR 121-0063 |
|   a/k/a "Chino," | ) |
|   a/k/a "Bossman Chino," | ) |
| DARNEE COOPER, | ) |
|   a/k/a "Lafayette," | ) |
|   a/k/a "Lafayette Bandz," and | ) |
| NICHOLAS BUTLER | ) |

MOTION TO SEAL INDICTMENT

The United States of America, by and through David H. Estes, Acting United States Attorney for the Southern District of Georgia and the undersigned attorney, respectfully moves the Court, pursuant to Fed. R. Crim. P. 6(e)(4), to seal the indictment in the above-referenced matter until such time as the defendants are all in custody or the Government requests it to be unsealed because the investigation and/or arrests of any defendants are no longer in jeopardy.

WHEREFORE, the Government moves that the above-styled indictment, the Government's motion, this order and all process issued thereunder be SEALED until such time as the first of the Defendants appears for an initial appearance following arrest, or until further order of the Court, at which time this Indictment and all related court papers shall be UNSEALED.

This 8th day of September 2021.

                                        Respectfully submitted,
                                        DAVID H. ESTES
                                        ACTING UNITED STATES ATTORNEY

                                        */s/ Matthew A. Josephson*
                                        Matthew A. Josephson
                                        Assistant United States Attorney
                                        Georgia Bar No. 367216

22 Barnard Street, Suite 300
Savannah, Georgia 31401
Telephone: (912) 652-4422
E-mail: Matthew.Josephson@usdoj.gov