UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CYNTHIA DESSAURE-OUTLAW,<br>ALBERT BYNOE,<br>   a/k/a "Chino,"<br>   a/k/a "Bossman Chino,"<br>DARNEE COOPER,<br>   a/k/a "Lafayette,"<br>   a/k/a "Lafayette Bandz," and<br>NICHOLAS BUTLER | INDICTMENT NO. CR 121-0063<br><br>21 U.S.C. § 846<br>Conspiracy to Possess With<br>Intent to Distribute and to<br>Distribute Controlled Substance<br>(Methamphetamine)<br><br>21 U.S.C. § 841(a)(1)<br>Possession of a Controlled<br>Substance with Intent to<br>Distribute<br>(Methamphetamine)<br><br>18 U.S.C. § 924(c)<br>Possession of a Firearm in<br>Furtherance of a Drug<br>Trafficking Crime |

THE GRAND JURY CHARGES THAT:

COUNT ONE
*Conspiracy to Possess With Intent to Distribute and
to Distribute Controlled Substance (Methamphetamine)*
21 U.S.C. § 846

Beginning on a date at least as early as September 1, 2017, up to and including the return date of this Indictment, the precise dates being unknown, in Richmond County, within the Southern District of Georgia, and elsewhere, the defendants,

CYNTHIA DESSAURE-OUTLAW,
ALBERT BYNOE,
a/k/a "Chino,"
a/k/a "Bossman Chino,"
DARNEE COOPER,
a/k/a "Lafayette,"
a/k/a "Lafayette Bandz," and
NICHOLAS BUTLER,

aided and abetted by each other and by others known and unknown, with some joining the conspiracy earlier and others joining later, did knowingly and intentionally combine, conspire, confederate and agree together and with each other, and with others known and unknown, to possess with intent to distribute and to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and Title 18, United States Code, Section 2.

## COUNT TWO
*Possession of Controlled Substances with Intent to Distribute*
*(Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about November 13, 2020, in Richmond County, within the Southern District of Georgia, and elsewhere, the defendants,

**DARNEE COOPER,**
a/k/a "Lafayette,"
a/k/a "Lafayette Bandz," and
**NICHOLAS BUTLER,**

did knowingly and intentionally possess a quantity of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, with the intent to distribute.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT THREE
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about January 27, 2021, in Richmond County, within the Southern District of Georgia, the defendant,

**ALBERT BYNOE,**
a/k/a "Chino,"
a/k/a "Bossman Chino,"

did knowingly possess a firearm in furtherance of at least one drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, *Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substance* in violation of Title 21, United States Code, Section 846, as charged in Count 1 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE ALLEGATION

1. The allegations contained in Counts One through Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), Title 21 United States Code, Section 853(a), and Title 28, United States Code, Section 2461.

2. Upon conviction of the offenses alleged in Counts One and Two of this Indictment, pursuant Title 21, United States Code, Section 853(a,) defendants,

> **CYNTHIA DESSAURE-OUTLAW,**
> **ALBERT BYNOE,**
>   a/k/a "Chino,"
>   a/k/a "Bossman Chino,"
> **DARNEE COOPER,**
>   a/k/a "Lafayette,"
>   a/k/a "Lafayette Bandz," and
> **NICHOLAS BUTLER,**

shall forfeit to the United States, any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the alleged offenses, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the alleged offenses.

3. Upon conviction of the offenses alleged in Count Three as set forth in this Indictment, the defendants,

> **CYNTHIA DESSAURE-OUTLAW,**
> **ALBERT BYNOE,**
>   a/k/a "Chino,"
>   a/k/a "Bossman Chino,"
> **DARNEE COOPER,**
>   a/k/a "Lafayette,"
>   a/k/a "Lafayette Bandz," and
> **NICHOLAS BUTLER,**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461, any firearm or ammunition involved in or used in any knowing violation of property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

4. Additionally, the Government intends on seeking a money judgment totaling the gross receipts obtained directly as a result of the violation.

5. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and 28 U.S.C. § 2461(c).

A True Bill.

_____
Foreperson

_____
David H. Estes
Acting United States Attorney

_____
Matthew A. Josephson
Assistant United States Attorney
*Lead Counsel

_____
Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division

7